BELLA MAYERS, Respondent, v. BROADWAY AND 97TH STREET REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs.    No opinion.  Present— Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.

In the Matter of PHILIP S. SAITTA.— Motion for reinstatement granted. Order to be settled on notice.  Present— Clarke, P. J., McLaughlin, Dowling, Smith and Davis, JJ.

In the Matter of TIMOTHY J. M. MURRAY, an Attorney.— Proceeding dismissed.  Order to be settled on notice.  Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.